AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| TRANQUIL BLUE CORP., a Florida corporation, and, BAM LAUNCHER INC., a Florida corporation <br><br> Plaintiff(s) <br> v. <br> MICHAEL RYAN SHUHART, an individual, and DARA LEANG, an individual, <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 8:16 cv - 1217-T-30TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MICHAEL RYAN SHUHART
7212 Colonial Lake Drive
Riverview, Florida 33578

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc E. Rosenthal, Esq.
104 Southeast 8th Avenue, Suite 2
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 16 2016

*Signature of Clerk or Deputy Clerk*