AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| TRANQUIL BLUE CORP., a Florida corporation, and, BAM LAUNCHER INC., a Florida corporation, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 8:16 cv-1217-T-30TBM |
| v. | ) | |
| MICHAEL RYAN SHUHART, an individual, and DARA LEANG, an individual, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DARA LEANG
10008 Vista Pointe Drive
Tampa, Florida 33635

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc E. Rosenthal, Esq.
104 Southeast 8th Avenue, Suite 2
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  MAY 1 6 2016

_____
*Signature of Clerk or Deputy Clerk*