IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA (TAMPA)

| | |
|---|---|
| TRANQUIL BLUE CORP., ET AL.<br><br>v.<br><br>SHUHART, ET AL. | Case No. 8:16-cv-01217-JSM-TBM |

**DEFENDANT'S ANSWER**

Defendant Michael Ryan Shuhart ("Defendant"), through undersigned counsel, hereby responds to Tranquil Blue Corp, et al. ("Plaintiffs") as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.
2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.
3. Admitted.
4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.
5. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.
6. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.

7. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.

**ALLEGATIONS GIVING RISE TO ALL COUNTS**

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

25. Denied.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

41. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

42. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

44. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

46. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

47. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

49. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

50. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

53. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

55. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

56. Denied.

57. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

58. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

59. Admitted.

60. Denied.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

62. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

63. Denied.

64. Denied.

65. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

66. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

67. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

68. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

69. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

70. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's website developer's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

71. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

72. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

73. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

74. Denied.

75. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

76. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

77. Denied.

78. Denied as to any implication of wrongdoing on the part of Defendant. As to Plaintiff's actions, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

79. Denied.

80. Denied.

81. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.

82. Denied.

**COUNT I**

83. Denied.

84. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

**COUNT II**

94. Denied.

95. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied

**COUNT III**

101. Denied.

102. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.

103. Denied.

104. Denied.

105. Denied.

106. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

**COUNT IV**

107. Denied.

108. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

**COUNT V**

113. Denied.

114. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, the statements of that paragraph are denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

**AFFIRMATIVE DEFENSES**

Defendant further defends based on the following affirmative defenses:

**First Affirmative Defense: Waiver**

1. If Plaintiffs ever had any legal right to preclude Defendant's use of the purported marks, Plaintiffs freely and knowingly gave up their rights by waiving any rights they previously held.

2. Defendant relied upon Plaintiffs' waiver of any rights, and such waiver cannot now be reneged given Defendant's detrimental reliance on Plaintiffs' waiver of rights.

**Second Affirmative Defense: Acquiescence**

3. Plaintiffs, as well as agents acting under their control, expressly, or by clear implication, assented to, encouraged, or furthered Defendant's actions prior to this lawsuit, but now state an objection to Defendant's fair use.

**Third Affirmative Defense: Express License**

4. Plaintiffs expressly licensed Defendant to use the purported marks, and Defendant used the marks subject to that license.

**Fourth Affirmative Defense: Implied License**

5. In the alternative, Plaintiffs' failure to police their marks, acquiescence to Defendant's use, and failure to act led to an implied license in Defendant's use of the marks.

6. Defendant detrimentally relied upon the implied license in creating, developing, and maintaining his business.

Respectfully submitted,

/s/Eric J. Menhart*
Eric Menhart, Esq.
Lexero Law
316 F St NE Suite 101
Washington, DC 20002
Phone: 855-4-LEXERO
* *Admitted Pro Hac Vice*

Attorney for Defendant Michael Shuhart

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date of this filing, a copy of the foregoing was served via the court's electronic filing system and all parties were serve thereto.

/s/Eric J. Menhart
Eric Menhart, Esq.